IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA P. GAETE** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ARCTIC GLACIER PREMIUM ICE,** <br><br> *Defendant*. | Civil Action <br><br> No. 24-cv-1396 |

## ORDER

**AND NOW**, this 27th day of February, upon consideration of Plaintiffs' Motion to Remand (ECF No. 35) and Defendant's Response in Opposition (ECF No. 36), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

- Plaintiffs' Motion to Remand (ECF No. 35) is **DENIED**.

- Having previously denied Plaintiffs' Motion to Amend without prejudice pending the resolution of the remand issue, Plaintiffs may refile their Motion to Amend—if necessary—**no later March 13, 2025**. Defendant **SHALL** respond to the Motion to Amend **no later than March 27, 2025**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1